**Order entered January 11, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01374-CV

### IN RE SENRICK WILKERSON, Relator

**On Appeal from the Judicial District Court**
**Dallas County, Texas**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's November 21, 2016 petition for writ of mandamus.

> /s/    DOUGLAS S. LANG
> JUSTICE